1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

8  THERESA BROOKE, a married woman
   dealing with her sole and separate claim,

9
                                                    Case No: 5:20-cv-02734-SVK

10                Plaintiff,                        [PROPOSED] ORDER

11
12 vs.
13 AJESH HOSPITALITY LLC,
14                Defendant.

15       Upon Joint Motion and good cause shown,

16       IT IS HEREBY ORDERED dismissing the above case with prejudice; each

17 party to bear their own fees and costs.

18

19       DATED this __19th__ day of __January_____, 2021.

20
21                                           _Susan van Keulen_____
22                                           United States Magistrate Judge
23
24
25
26
27
28